===============================================================================

### * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>　　　　　NORTHERN　　　　　</u> DISTRICT OF <u>　　　　　NEW YORK　　　　　</u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO: 9:13-CV-0966 (LEK)**

**SHIH-SIANG SHAWN LIAO,**

　　　　　　　　　　**Petitioner,**

　-against-

**ANDREA W. EVANS,** *et al.*,

　　　　　　　　　　**Respondents.**

<u>　　　　　　</u> **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>　　XX　　</u> **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the respondents as against the petitioner, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated July 16, 2014.

**DATE:** <u>  July 16, 2014  </u>　　　　　　　　　　　　　*LAWRENCE K. BAERMAN*
　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　　　　　　　　　　　　Scott A. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy to the**
　　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Lawrence E. Kahn**